# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA SANCHEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>WAL-MART STORES, INC.,<br><br>            Defendant. | **Case No.  1:16-cv-00831-AWI-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 10) |

On December 7, 2016, Defendant Wal-Mart Stores, Inc. filed a stipulation of dismissal dismissing this case with prejudice, with each party to bear its own attorneys' fees and costs. (ECF No. 50.) The stipulation was signed by all parties. In light of the stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

   Dated:   **January 9, 2017**                         /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE

1